# UNITED STATES DISTRICT COURT

## District of Minnesota

Erika Beatriz Montoya-Vasquez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-446 JWB/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Erika B.M.V.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED.**

2. Respondents shall immediately release Petitioner from custody. She must be released in Minnesota.

3. Respondents may not administratively recharacterize this release as discretionary release under 8 U.S.C. 1226 or any regulation, nor may they continue to impose conditions of supervision in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court, or absent a new and independently lawful custody decision properly executed under the law. For the avoidance of doubt, Respondents' compliance with this Order requires

Petitioner's immediate release in Minnesota without any conditions of supervision or restraint.

4. Respondents shall confirm the time, date, and location of Petitioner's release within 48 hours from the date of this Order.

5. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

6. Petitioner's other claims are not reached.

Date: 1/23/2026

KATE M. FOGARTY, CLERK